

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2022

No. 04-21-00028-CV

**IN THE INTEREST OF N.M.B.,** a child

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-EM5-06049
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Court reporter Mary Wilson has filed a notification of late reporter's record, stating that Appellant Channel Beverly has failed to pay half of the fee for filing the reporter's record as ordered. According to Mary Wilson, half the fee for preparation of the reporter's record is $2,024.75, and Appellant Channel Beverly has paid only $1,500. Thus, Appellant Channel Beverly still owes Mary Wilson $524.75. Mary Wilson further states that the cost to be charged by Copy Concierge to scan the exhibits presented at trial is $400.

We therefore ORDER Appellant Channel Beverly to provide written proof to this court within ten days of the date of this order that she has paid $524.75 to Mary Wilson for preparation of the reporter's record and $400 to Mary Wilson for scanning the exhibits. If Appellant Channel Beverly fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court